# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Billy Joe Johnson
PLAINTIFF
*[Type or print your name on the line above]*

v.

Alan Wiegand
DEFENDANT
*[Type or print only the name of the first person you are suing. List everyone you are suing on page 2.]*

Cause No. 3:14cv2049
*[Leave this blank, the clerk will supply the cause number when your case is received.]*

## PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. Name: First **Billy**   Middle **Joe**   Last **Johnson**   Offender Number **112777**

2. Where are you being held: **St. Joseph County Jail**
   *[name the prison or jail where you are incarcerated]*

3. What is the address: **401 West Sample St, South Bend, IN. 46601**

3a. What is the telephone number: **574-245-6500**

4. Did the things that you are suing about happen in the place listed above:
   ☐ YES, it happened here in the same facility I am being held at today.
   ☒ NO, it happened at **1100 Block of Dayton Street, South Bend, IN**

5. Did the things that you are now suing about, happen:
   ☒ before you were confined, or
   ☐ when you were confined awaiting trial, or
   ☐ after conviction while confined serving a sentence.

*(Revised March 2002)*

B. DEFENDANT(S) How many defendants are you suing: 4

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|
| 1 | Alan Wiegand | South Bend Police Officer | 701 West Sample St South Bend IN 46601 |
| 2 | Anthony Dawson | South Bend Police Officer, Public Safety Official | 701 West Sample St. South Bend IN. 46601 |
| 3 | South Bend Police Department | | |
| 4 | The City of South Bend | | 701 West Sample St. South Bend IN. 46601 |

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

☐ YES    ☑ NO

B. If yes, did you file a grievance about the things you are suing about?

☐ YES [Attach the response from the final step of the grievance process.]

☑ NO [Explain why you did not file a grievance.] BECAUSE THERE IS NO GRIEVANCE PROCEDURE

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. **Number your paragraphs.**

1. Alan Wiegand of the South Bend Police Department on Oct 29, 2014 just after midnight officer was dispatched to the 7-11 store at 1827 S Miami upon his arrival he notice a male walking home on a sidewalk in front of the store he then pull his patrol car on the side of me yelling "stop walking" with no proper cause of stopping me are pulling out a weapon on me which I believe to be a hand gun as being afraid I walk across the street to the 1100 block of Dayton St closer to where I was living at and then get on my knees and place my hand in the air. When Officer Alan Wiegand and K9 unit officer arrive along with more South Bend Police officer I was place in hand cuff and was told to lay flat on my stomach when Officer Alan Wiegand then took the K9 unit Dog which is Anthony Dawson Public Safety Official and turn him lose on me while being in hand cuff. Causing serious nerve damage to my leg in a outstanding hospital bills. From being attack. And assaulted

3

Cause(s) of Action with Supporting Facts (continued)

2. Anthony Dawson. A Public Safety Officer of the South Bend K9 Unit on October 29 2014 around midnight attacked me Billy Joe Johnson while being in handcuffs in was already place on the ground laying flat on my stomach in handcuffs he Mr Anthony Dawson violated me by biteing me in a Rude, insolent and a Angry manner by causing me very painful nerves damauge to my left leg that cause me to be hospitalize I feel I was violated by being attack by Anthony Dawson while already being place in handcuffs while being in custody of the South Bend Police officers.

3. South Bend Police Department. On About October 29, 2014 Around midnight was call to a area to assist another officer upon arrival (several) South Bend Police officer seen that I Billy Johnson was already place in handcuffs and notice that I was leseing a lot of blood from the left leg but the officer never did take that inconsideration. Some of the officer try to detain me by applying pressure to my leg were I was wounded at which cause the k9 bite to split open causing me to have to have sticks applyed to (several) open area in my leg. I feel I was violated in I also feel that this was a act of Police Brutality I was kick in punch and also choke while places in handcuffs.

4

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint? ☒ NO   ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____  Docket Number: _____

Date filed: _____  Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form cannot restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.

I Billy J Johnson Ask that the Court take this in Consideration I am Asking for $250,000 dollar Because of the hospital bills and the lost time that I was not Able to work And for pain and suffering that is the Reason that I am sueing for 2 hundred and fifty thousand dollar

5

## VI. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

*BJ*    I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

*BJ*    I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

*BJ*    In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

*BJ*    I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) with a copy of my prison trust fund account statement for the six months preceding the filing of this case.

*BJ*    I agree to promptly notify the clerk of any change of address.

*BJ*    I have read all of the statements in this complaint. *(Do not forget to keep a copy for your records.)*

*BJ*    I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this _____ day of _____, 20 _14_.

_Billy Joe Johnson_
Your Signature

Mail all of these papers to the appropriate Clerk's office - see next page for addresses.

6

From:
My J-S Dugan
461 W. Sample St
South Bend IN. 46601

To:
United States District
Court 102 Robert A. Grant
Court House 204 S. Main St
South Bend IN. 46601